# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ANTHONY MICHAEL PEAKER,

               Plaintiff,

v.

JON LITSCHER, RANDALL HEPP, CHRIS KRUEGER, JOHN MAGGIONCALDA, STEVE BETHKE, T. KISER, C. WHITMAN, ROBERT FRANKS, STEVEN L. SISBACH, W. WEISENSEL, DAVID BERKHAHN, J. LABELLE, PETE GALLUM, RANDY MATTISON, and JOHN AND JANE DOES,

               Defendants.

Case No. 19-CV-293-JPS

**ORDER**

On February 22, 2019, Plaintiff filed a complaint and a motion to proceed without prepayment of the filing fee. (Docket #1 and #2). A Plaintiff seeking to proceed without prepayment of the filing fee must submit certified copies of his trust account statement for the six-month period preceding the filing of his complaint. 28 U.S.C. § 1915(a)(2). Plaintiff informs the Court that he has not been incarcerated for six months, and therefore does not have six months' worth of trust account statements. (Docket #5). Plaintiff is ordered to submit copies of the trust account statements for the amount of time that he has been incarcerated, which may be less than six months. Once the Court has these trust account statements, it will be able to move forward with Plaintiff's motion to proceed without prepayment of the filing fee.

Accordingly,

**IT IS ORDERED** that Plaintiff submit a certified copy of his trust account statement for the period of his incarceration **no later than 21 days** after the issuance of this order, or the action will be dismissed without prejudice.

Dated at Milwaukee, Wisconsin, this 8th day of March, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge